TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
melinda.brewer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAO CHEUNG LAM,<br><br>Defendant. | Case No. 2:99-cr-00175-RFB-BNW<br><br>**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANT** |

COMES NOW, the United States of America by and through Melinda Brewer, Assistant United States Attorney, and files its Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant.

On April 28, 1999, an Indictment was filed against Defendant Tao Cheung Lam. ECF No. 10.  On April 25, 2005, an arrest warranted was issued against him. ECF No.33. This arrest warrant remains outstanding and Lam's current whearebouts are unknown.

\ \ \

1

The government hereby moves for leave of Court to dismiss the indictment without prejudice and quash the arrest warrant against Defendant Tao Cheung Lam

DATED this 23rd day of January, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

/s/ *Mindy Brewer*
MELINDA BREWER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

TAO CHEUNG LAM,

          Defendant.

Case No. 2:99-cr-00175-RFB-BNW

**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANT**

Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges and quashes the arrest warrant brought against Defendant Tao Cheung lam contained in the Indictment in case number 2:99-cr-00175-RFB-BNW.

          Respectfully submitted,

          TODD BLANCHE
          Deputy Attorney General

          */s/Melinda Brewer*
          MELINDA BREWER
          Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice and to quash the arrest warrant brought against Defendant Tao Cheung Lam contained in the Indictment in case number 2:99-cr-00175-RFB-BNW.

  DATED this 27th day of January, 2026.

          _____
          HON. RICHARD F. BOULWARE, II
          UNITED STATES DISTRICT JUDGE

3